# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL L. MCCOY

NO. 2021 KW 0190

**MAY 10, 2021**

---

In Re:    Michael L. McCoy, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          552770.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

                              JMM
                              GH
                              AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT